**DISMISSED and Opinion Filed March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00156-CV

**COLONIAL COUNTY MUTUAL INSURANCE COMPANY AND
NATIONWIDE INSURANCE COMPANY, Appellants**
**V.**
**GREGORY DUANE FRAZIER, TRUSTEE OF THE R&P ARLEDGE
CHILDREN'S TRUST, AS SOLE SHAREHOLDER AND BENEFICIAL OWNER OF
THE ASSETS OF EXPRESSWAY FINANCIAL, INC., Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-02020**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is the parties' February 27, 2013 agreed motion to dismiss the appeal.

The parties have informed the Court that they have settled their differences. Accordingly, we

grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

120156F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COLONIAL COUNTY MUTUAL
INSURANCE COMPANY AND
NATIONWIDE INSURANCE COMPANY,
Appellants

No. 05-12-00156-CV      V.

GREGORY DUANE FRAZIER, TRUSTEE
OF THE R&P ARLEDGE CHILDREN'S
TRUST, AS SOLE SHAREHOLDER AND
BENEFICIAL OWNER OF THE ASSETS
OF EXPRESSWAY FINANCIAL, INC.,
Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 10-02020.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of the appeal.

Judgment entered March 21, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE